# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2079

_____

| | | |
|---|---|---|
| Edward Ronwin, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Ameren, Missouri Corporation; Jeffrey | * | |
| Green; Bryan Vance; Gregory Stoner, | * | [UNPUBLISHED] |
| Union Electric Company, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 1, 2010
Filed: February 4, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Edward Ronwin appeals the district court's[1] adverse judgment on his claims challenging, inter alia, the exercise of authority related to the issuance of permits for the installation of boat docks on his lakefront property. Following careful review, we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.